IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BERTHA BATEY )
)
v. ) NO. 3:08-1185
)
VANDERBILT HOSPITAL )

**O R D E R**

The Plaintiff's motion (Docket Entry No. 53) for a status report is GRANTED. The Defendant's Motion for Summary Judgment (Docket Entry No. 24) and the Plaintiff's own Motion for Summary Judgment (Docket Entry No. 49) remain pending before the Court and will be ruled on as expeditiously as possible.

The Plaintiff's motion (Docket Entry No. 52) for immediate financial relief is DENIED. A plaintiff cannot be awarded compensatory damages prior to a final decision on the plaintiff's claims.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 9(a)(1) of the Local Rules for Magistrate Judge Proceedings.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge