IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BERTHA BATEY )
)
v. ) NO. 3:08-1185
) JUDGE CAMPBELL
VANDERBILT HOSPITAL )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 64), Objections filed by the Plaintiff (Docket No. 67), Plaintiff's Motion for Trail (sic) (Docket No. 68) and Plaintiff's Motion for an Attorney (Docket No. 69). The Court has reviewed the Report and Recommendation, the Objections, Plaintiff's Motions and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion for Summary Judgment (Docket No. 24) is GRANTED, and this action is DISMISSED.

Plaintiff's Motion for Summary Judgment (Docket No. 49) is DENIED, Plaintiff's Motion to Deny Defendant's Motion for Summary Judgment (Docket No. 50) is DENIED, Plaintiff's Motion for Trail (sic) (Docket No. 68) is DENIED, and Plaintiff's Motion for an Attorney (Docket No. 69) is DENIED.[1]

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The appointment of counsel in a civil proceeding is not a constitutional right and is justified only in exceptional circumstances. Lanier v. Bryant, 332 F.3d 999, 1006 (6th Cir. 2003). The Court finds no exceptional circumstances in this case.